**Opinion filed October 31, 2024**



### In The

# Eleventh Court of Appeals

_____

## No. 11-24-00249-CV

_____

## LAWRENCE DALE OPDYCKE, Appellant

## V.

## CHRISTIE CHERIE OPDYCKE, Appellee

**On Appeal from the 42nd District Court**
**Callahan County, Texas**
**Trial Court Cause No. 22670**

## M E M O R A N D U M   O P I N I O N

Appellant, Lawrence Dale Opdycke, timely filed a notice appealing the trial court's final decree of divorce and order for conservatorship and child support. Upon receipt of Appellant's notice of appeal on September 5, 2024, we informed him by letter that the filing fee was due on or before September 13, 2024. On September 26, we again notified Appellant that we had not received the filing fee, and, on our own motion, extended the payment deadline to October 3, 2024. We

further advised that the failure to comply with this directive may result in the dismissal of this appeal. *See* TEX. R. APP. P. 42.3.

We have not received the filing fee from Appellant, or a statement establishing his inability to pay the costs of appeal. *See* TEX. R. APP. P. 20.1. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See id*. R. 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.


W. STACY TROTTER

JUSTICE


October 31, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.